**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on July 31, 2009**

*A. Jay Cristol*
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09−15322−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jeffrey A Aronofsky
405 North Hibiscus Dr.
#202
Miami Beach, FL 33139

SSN: xxx−xx−1539

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.